UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
10 MAR -2 PM 4: 11

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

              Plaintiff,

vs.

MARIO HERNANDEZ-MAYA(1),

              Defendant.

CASE NO. 10CR0294-JMS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 10CR0607-JM against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

_____ of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 02/25/2010

BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____